# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>FELDMAN, MARTIN L.C. | **2. Court or Organization**<br><br>EASTERN DISTRICT OF LOUISIANA | **3. Date of Report**<br><br>08/12/2014 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active U S DISTRICT JUDGE | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2013<br>**to**<br>12/31/2013 |
| **7. Chambers or Office Address**<br><br>500 POYDRAS STREET, Rm. 555<br>NEW ORLEANS, LA 70130-3313 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 1/07/2013 | Rollover IRA Distriubtion | $369.25 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Tulane University | July 7-21, 2013 | Cambridge, England | Lecturer, Tulane/ Cambridge Summer Lectures, Trinity College Cambridge. | Transportation, expenses and lodging paid partially. |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Home Life Ins. Co. | A | Dividend | K | T | | | | | |
| 2. Dreyfus.- Money Market Cl B | A | Int./Div. | | | Sold | 02/19/13 | J | A | |
| 3. FHLMC CMO SER 1505-CL Q | A | Interest | J | T | | | | | |
| 4. FHLMC #1993-82, 1200 (Y) | | | | | | | | | |
| 5. FHLMC #1505 CL-Q, 1200 | A | Interest | J | T | | | | | |
| 6. Helios Strategic Income | A | Dividend | J | T | | | | | |
| 7. Senior Housing Properties 1200 | A | Dividend | J | T | | | | | |
| 8. NexPoint Credit Strategies | A | Dividend | J | T | | | | | |
| 9. Commonwealth REIT | A | Int./Div. | K | T | | | | | |
| 10. GNMA #1924 JUMBO | A | Interest | J | T | | | | | |
| 11. Ocean Energy Notes | B | Interest | K | T | | | | | |
| 12. Virtus Total Return Fd | A | Dividend | J | T | | | | | |
| 13. FNMA CMO SER 1990-78 | A | Interest | J | T | | | | | |
| 14. FNMA CMO SER 1992-195 | A | Interest | J | T | | | | | |
| 15. GNMA #1995-4CL | A | Interest | | | Redeemed | 06/20/13 | J | A | |
| 16. Alliance Bernstein, 1218 | A | Dividend | J | T | | | | | |
| 17. FNMA #1990-78 CL-J, 1200 | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HCA, Inc. | B | Interest | | | Redeemed | 07/15/13 | J | A | |
| 19. Citigroup | A | Dividend | J | T | | | | | |
| 20. GNMA #2005-5 ea | A | Interest | J | T | | | | | |
| 21. Blackrock FLTG Rate Inc. Strategies Fd II | A | Dividend | J | T | | | | | |
| 22. Blackrock Ltd Duration Income Trust | B | Dividend | K | T | | | | | |
| 23. Shoretel, Inc. | A | Dividend | J | T | | | | | |
| 24. Archer, Ltd | A | Dividend | J | T | | | | | |
| 25. Helios Advantage Income Fd | A | Dividend | J | T | | | | | |
| 26. Bank of America | A | Dividend | J | T | | | | | |
| 27. Blackrock Global FTG Rate Income Trust 0403 | B | Dividend | | | Sold | 03/12/13 | J | A | |
| 28. RAIT Financial Trust - 0403, Formerly RAIT Investment Trust | A | Int./Div. | J | T | | | | | |
| 29. Chase Bank | A | Interest | K | T | | | | | |
| 30. Dreyfus Money Market 1200 | A | Interest | | | Sold | 02/19/13 | J | A | |
| 31. Eaton Vance Ltd. Duration Income Fund | B | Dividend | K | T | | | | | |
| 32. Colonial Bancgroup Inc. | A | Dividend | J | T | | | | | |
| 33. El Paso Corp. 12% | B | Interest | | | Redeemed | 12/12/13 | J | A | |
| 34. FNMA1993-82H, 1200 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Proshares Ultra Financials-IRA | A | Distribution | J | T | Sold (part) | 02/19/13 | J | A | |
| 36. Healthways, Inc.-IRA | A | Dividend | J | T | | | | | |
| 37. Enterprise Product Partners LP | A | Distribution | J | T | | | | | |
| 38. Energy Transfer Equity | A | Distribution | J | T | | | | | |
| 39. Bunge LTD Finance Co. 8.5% | B | Interest | K | T | | | | | |
| 40. Triangle Capital Corporation | B | Dividend | K | T | | | | | |
| 41. Partnerre Fin A LLC 6.75% | A | Interest | J | T | | | | | |
| 42. GNMA CMO Series 2005-51 CL-MC 1200 | A | Interest | J | T | | | | | |
| 43. Protective Life Corp. 8.0% | A | Dividend | | | Sold | 01/07/13 | J | B | |
| 44. Blackrock Enhanced Dividend Achievers Trust | A | Dividend | J | T | | | | | |
| 45. Five Star Quality Care | A | Dividend | J | T | | | | | |
| 46. Blackrock Global Floating Rate Inc. Trust 1200 | A | Dividend | | | Sold | 03/12/13 | J | A | |
| 47. Wesco International, Inc. 1200 | A | Dividend | | | Sold | 04/16/13 | J | D | |
| 48. Pimco Corp Income Fd. 1200 | A | Interest | | | Sold | 03/14/13 | J | A | |
| 49. Quicksilver Resources 1200 | A | Dividend | J | T | | | | | |
| 50. Frontier Communications | A | Dividend | J | T | | | | | |
| 51. Inergy LP | A | Distribution | | | Sold | 07/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Surburban Propane Partnership LP | A | Distribution | J | T | | | | | |
| 53. FHLMC CMO Series 3699 LA | B | Interest | K | T | | | | | |
| 54. Eaton Vance Insured Municipal Bond Fund | A | Dividend | J | T | | | | | |
| 55. FHLMC CMO Series 3772 NA | A | Interest | J | T | | | | | |
| 56. Medical Properties Trust Inc. 1200 | B | Dividend | J | T | Sold (part) | 04/15/13 | J | C | |
| 57. GNMA CMO Series 2010-6 NA 1200 | A | Interest | | | Redeemed | 04/16/13 | J | A | |
| 58. GNMA CMO SERIES 2011-21 BA | A | Interest | J | T | | | | | |
| 59. GNMA CMO SERIES 2011-25 HA | A | Interest | | | Redeemed | 03/18/13 | J | A | |
| 60. Fidus Investment Corporation | A | Dividend | J | T | | | | | |
| 61. Blackrock Corporate High Yield Fund VI | A | Dividend | J | T | | | | | |
| 62. Nuveen Preferred Income FormerlyMulti-Strategy Inc. & Growth Com | A | Dividend | J | T | | | | | |
| 63. GNMA CMO SERIES 2011-18 GA 1200 | A | Interest | | | Redeemed | 04/22/13 | J | A | |
| 64. Lexington Corporate Properties Trust REIT 1200 | A | Dividend | J | T | | | | | |
| 65. Abbott Laboratories 1200 | A | Dividend | | | Sold | 05/14/13 | J | B | |
| 66. Nuveen Credit Strategies | A | Dividend | | | Sold | 06/20/13 | J | A | |
| 67. Aegon NV 8% Note | A | Interest | J | T | | | | | |
| 68. Linn Energy, LLC | A | Distribution | | | Sold | 05/06/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Hecules Technology Growth | A | Dividend | | | Sold | 12/16/13 | K | C | |
| 70. Sealed Air Corp | A | Dividend | | | Sold | 09/23/13 | K | D | |
| 71. Plum Creek Timber | A | Dividend | | | Sold | 03/12/13 | J | B | |
| 72. Heska | A | Dividend | J | T | | | | | |
| 73. FNMA CMO Series 2012-120QA | A | Interest | J | T | | | | | |
| 74. Kimco Realty 5.625% PFD | A | Dividend | | | Sold | 04/12/13 | J | A | |
| 75. Endurance Specialty | A | Dividend | J | T | | | | | |
| 76. Eaton Vance Tax Managed Buy (Y) | | | | | | | | | |
| 77. FHLMC CMO 3997 BE - 1200 | A | Interest | J | T | | | | | |
| 78. Linn Energy, LLC 1200 | A | Distribution | | | Buy (add'l) | 04/12/13 | J | | |
| 79. | | | | | Sold | 05/06/13 | J | A | |
| 80. FNMA CMO 2012-152 TA 1200 | A | Interest | J | T | | | | | |
| 81. Pace Oil and Gas LTD | A | Distribution | | | Merged (with line 89) | 04/22/13 | J | | |
| 82. SAIC Inc. #1072 | A | Dividend | | | Buy | 01/07/13 | J | | |
| 83. | | | | | Sold | 03/05/13 | J | A | |
| 84. Walgreen Co. #0403 | A | Dividend | J | T | Buy | 01/09/13 | J | | |
| 85. Enbridge Energy Partners LP | A | Distribution | | | Buy | 03/12/13 | J | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 06/20/13 | J | A | |
| 87. Williams Partners LP | A | Distribution | | | Buy | 03/14/13 | J | | |
| 88. | | | | | Sold | 06/12/13 | J | A | |
| 89. Spyglass Res Corporation#0403 | A | Dividend | J | T | | | | | |
| 90. | | | | | Sold (part) | 04/29/13 | J | A | |
| 91. Fifth Street Finance Corp. #0403 | A | Int./Div. | J | T | Buy | 04/24/13 | J | | |
| 92. Quanta Svcs Inc. | A | Dividend | | | Buy | 05/15/13 | J | | |
| 93. | | | | | Sold | 12/18/13 | J | A | |
| 94. Blackstone Group LP #0403 | A | Distribution | J | T | Buy | 05/17/13 | J | | |
| 95. EV Energy Partners LP #0403 | A | Distribution | | | Buy | 05/28/13 | J | | |
| 96. | | | | | Sold | 07/15/13 | J | A | |
| 97. Tallgrass Energy Partners LP | A | Distribution | | | Buy | 07/15/13 | J | | |
| 98. | | | | | Sold | 11/18/13 | J | B | |
| 99. Banco Santander SA ADR #0403 | A | Int./Div. | J | T | Buy | 08/07/13 | J | | |
| 100. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 101. | | | | | Buy (add'l) | 11/13/13 | J | | |
| 102. | | | | | Sold (part) | 11/15/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| FELDMAN, MARTIN L.C. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Eagle Class-JPMorgan Prime MM 0403 | A | Int./Div. | J | T | Buy | 02/19/13 | J | | |
| 104. American Equity Investment Life Hold Co. | A | Dividend | | | Buy | 05/08/13 | J | | |
| 105. | | | | | Sold | 08/20/13 | J | B | |
| 106. Dr. Pepper Snapple Group Inc. | A | Dividend | | | Buy | 02/19/13 | J | | |
| 107. | | | | | Sold | 10/01/13 | J | A | |
| 108. Hartford Financial Svcs Group Inc. | A | Dividend | | | Buy | 08/22/13 | J | | |
| 109. | | | | | Sold | 10/23/13 | J | A | |
| 110. Norfolk Southern Corporation | A | Dividend | | | Buy | 05/06/13 | K | | |
| 111. | | | | | Sold | 11/05/13 | K | B | |
| 112. Perkinelmer Inc. | A | Dividend | | | Buy | 06/18/13 | J | | |
| 113. | | | | | Sold | 09/12/13 | J | A | |
| 114. Eagle Class-JPMorgan Prime MM IRA | A | Dividend | J | T | Buy | 02/19/13 | J | | |
| 115. Williams Partners LP | A | Distribution | | | Buy | 03/05/13 | J | | |
| 116. | | | | | Sold | 08/05/13 | J | A | |
| 117. Verizon (X) | A | Dividend | J | T | | | | | |
| 118. MSC Indl. Direct Inc. Class A #0403 | B | Dividend | K | T | Buy | 12/18/13 | K | | |
| 119. ABBVIE, Inc. | A | Dividend | J | T | Spinoff (from line 65) | 01/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 08/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Abbott Labs | A | Dividend | J | T | Buy (add'l) | 12/18/13 | J | | |
| 121.  Banco Santander SA ADR | A | Dividend | J | T | Buy (add'l) | 11/21/13 | J | | |
| 122.  Baxter Intl. Inc. | A | Dividend | K | T | Buy | 09/25/13 | K | | |
| 123.  Catamaran Corporation | A | Dividend | J | T | Buy | 12/16/13 | J | | |
| 124.  Fifth Street Finance | A | Dividend | J | T | Buy (add'l) | 10/02/13 | J | | |
| 125.  Genesee &WYP Inc. | A | Dividend | K | T | Buy | 11/05/13 | K | | |
| 126.  Sonoco Products Company | A | Dividend | J | T | Buy | 09/23/13 | J | | |
| 127.  Blackstone Group LP | A | Distribution | J | T | Buy (add'l) | 09/12/13 | J | | |
| 128.  Campus Crest Comntys. Inc. REIT | A | Distribution | J | T | Buy | 03/01/13 | J | | |
| 129.  GNMA Remic Trust 3.5% | B | Interest | J | T | Buy | 08/21/13 | J | | |
| 130.  Sabra Healthcare REIT | A | Dividend | J | T | Buy | 03/14/13 | J | | |
| 131.  Eagle Class-JPMorgan Prime Money Market | A | Dividend | J | T | Buy | 02/19/13 | J | | |
| 132.  Dean Foods Company New | A | Dividend | J | T | Buy | 10/29/13 | J | | |
| 133.  GNMA 2013-103 | A | Interest | J | T | Buy | 07/25/13 | J | | |
| 134.  Crestwood Equity Partners LP | A | Distribution | J | T | Spinoff (from line 51) | 10/09/13 | J | | |
| 135.  Crestwood Midstream Partners LP | A | Distribution | J | T | Spinoff (from line 51) | 10/09/13 | J | | |
| 136.  Fannie Mae 8.25% Pfd.(X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 4 - Final Principal payments reduced asset to below reporting.

.Line 76 - The asset should have been listed as sold in 2012. The asset sold 12/28/2012 and was purchased in the same year.

Line 117 - This stock is held in electronic form only                                          and the number of shares was not known in the past but currently found the no. of shares at 46. The value is now at the reportable amount although the income remains under $200. I have instructed my broker on my accounts to obtain the forms necessary to execute to transfer the stock to the brokerage account and sell the stock in 2014.

Line 136 - Asset below reportable value in prior years.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARTIN L.C. FELDMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544